## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**BERKLEY REGIONAL INS. CO. and**
**BERKLEY NATIONAL INS. CO.,**

    Plaintiffs,

v.                                                                                  No. 16-cv-0251 SMV/GBW

**SB OILFIELD SERVICES, L.L.C.;**
**JUAN CARLOS GAMA; SCOTT BRANSON;**
**SAMANTHA SEGURA; and ISABELLA SEGURA;**

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

    Plaintiffs' counsel's office informed the Court on June 1, 2016, that a settlement has been reached in this matter.

    **IT IS THEREFORE ORDERED** that closing documents be filed no later than **July 15, 2016,** absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**