IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BERKLEY REGIONAL INSURANCE COMPANY
and BERKLEY NATIONAL INSURANCE COMPANY,**

    Plaintiffs,

vs.                                    Cause No. 16-cv-0251 SMV/GBW

**SB OILFIELD SERVICES, LLC
JUAN CARLOS GAMA, SCOTT BRANSON,
and SAMANTHA SEGURA, individually
and as wife and next friend of
ROQUE SEGURA, an incapacitated person,
and ISABELLA SEGURA, a minor child,**

    Defendants.

## ORDER EXTENDING DEADLINE
## TO FILE CLOSING DOCUMENTS

THIS MATTER having come before the Court on the Joint Motion to Extend Deadline to File Closing Documents [Doc. 12], the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the deadline to file closing documents be and hereby is extended to September 15, 2016.

                                                   _____
                                                   STEPHAN M. VIDMAR
                                                   United States Magistrate Judge

Approved:

_/s/ Daniel W. Lewis_____
Daniel W. Lewis
ALLEN, SHEPHERD, LEWIS & SYRA, P.A.
P.O. Box 94750
Albuquerque, NM 87199-4750
Email: dlewis@allenlawnm.com
*Attorneys for Plaintiffs*

*Approved via email 7/11/16*
Courtenay L. Keller, Esq.
Riley, Shane & Keller, P.A.
3880 Osuna Rd. NE
Albuquerque, NM  87109
Email: ckeller@rsk-law.com
*Attorneys for Plaintiffs*


*Approved via email 7/12/16*
David M. Houliston
Law Offices of David M. Houliston
500 Tijeras NW
Albuquerque, NM  87102
david@houlistonlaw.com
dmhouliston@gmail.com
*Attorneys for Defendant Samantha Segura*


*Approved via email 7/11/16*
Mark C. Dow
Deborah R. Stambaugh
Bauman, Dow & Stambaugh, P.C.
P.O. Box 30684
Albuquerque, NM  87190-0684
mcd@bdsfirm.com
drs@bdsfirm.com
*Attorneys for Defendants*
*SB Oilfield Services and*
*Juan Carlos Gama*