IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERKLEY REGIONAL INSURANCE COMPANY
and BERKLEY NATIONAL INSURANCE COMPANY,

    Plaintiffs,

vs.                                    Cause No. 2:16-cv-00251 SMV/GBW

SB OILFIELD SERVICES, LLC
JUAN CARLOS GAMA, SCOTT BRANSON,
and SAMANTHA SEGURA, individually
and as wife and next friend of
ROQUE SEGURA, an incapacitated person,
and ISABELLA SEGURA, a minor child,

    Defendants.

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs Berkley Regional Insurance Company and Berkley National Insurance Company, by and through their attorneys, Allen, Shepherd, Lewis & Syra, P.A. and Riley, Shane & Keller, P.A., Defendants SB Oilfield Services, LLC and Juan Carlos Gama, by and through their attorneys, Bauman, Dow & Stambaugh, P.C. and Defendant Samantha Segura, by and through her attorneys, Law Offices of David M. Houliston, hereby jointly move the Court pursuant to Fed. R. Civ. P. 41 to dismiss with prejudice the First Amended Complaint [Doc. 6] and the Counterclaim [Doc. 8], together with all claims that could have been asserted herein, with each party to bear his, her or its own costs and attorney's fees, and as grounds therefor state that the parties have resolved their dispute.

Electronically submitted,

**ALLEN, SHEPHERD, LEWIS & SYRA, P.A.**

By: */s/ Daniel W. Lewis*
      Daniel W. Lewis
      *Attorneys for Plaintiffs*
      *Berkley Regional Insurance Company and*
      *Berkley National Insurance Company*
      P. O. Box 94750
      Albuquerque, New Mexico  87199-4750
      (505) 341-0110
      dlewis@allenlawnm.com

**RILEY, SHANE & KELLER, PA**

By: */s/ Courtenay L. Keller*
      Courtenay L. Keller
      *Attorneys for Plaintiffs*
      *Berkley Regional Insurance Company and*
      *Berkley National Insurance Company*
      3880 Osuna Road NE
      Albuquerque, NM 87109
      (505) 883-5030
      ckeller@rsk-law.com

**BAUMAN, DOW & STAMBAUGH, P.C.**

By: */s/ Mark C. Dow*
      Mark C. Dow
      Deborah R. Stambaugh
      *Attorneys for Defendants*
      *SB Oilfield Services and Juan*
      *Carlos Gama*
      P.O. Box 30684
      Albuquerque, NM  87190-0684
      505-883-3191
      mcd@bdsfirm.com
      drs@bdsfirm.com

**LAW OFFICES OF DAVID M. HOULISTON**

By: */s/ David M. Houliston*
David M. Houliston
*Attorneys for Defendant Samantha Segura*
500 Tijeras NW
Albuquerque, NM  87102
505-247-1223
david@houlistonlaw.com
dmhouliston@gmail.com

I HEREBY CERTIFY that on the 12th day of September, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Courtenay L. Keller / Counsel for Plaintiff
ckeller@rsk-law.com

David M. Houliston / Counsel for Defendant Samantha Segura
david@houlistonlaw.com

Mark C. Dow, Esq. / Counsel for SB Oilfield Services, LLC and Juan Carolos Gama
mcd@bdsfirm.com

Deborah R. Stambaugh, Esq. / Counsel for SB Oilfield Services, LLC and Juan Carolos Gama
drs@bdsfirm.com

*/s/Daniel W. Lewis*
Daniel W. Lewis