IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERKLEY REGIONAL INSURANCE COMPANY
and BERKLEY NATIONAL INSURANCE COMPANY,

    Plaintiffs,

vs.                                    Cause No. 2:16-cv-00251 SMV/GBW

SB OILFIELD SERVICES, LLC
JUAN CARLOS GAMA, SCOTT BRANSON,
and SAMANTHA SEGURA, individually
and as wife and next friend of
ROQUE SEGURA, an incapacitated person,
and ISABELLA SEGURA, a minor child,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion to Dismiss With Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss With Prejudice be and hereby is granted and that Plaintiffs' First Amended Complaint [Doc. 6] and the Defendants' Counterclaim [Doc. 8], together with all claims that could have been asserted herein, be and hereby are dismissed with prejudice, with each party to bear his, her or its own costs and attorney's fees.

                                                              _____
                                                              STEPHAN M. VIDMAR
                                                              U.S. Magistrate Judge

Approved:

*/s/ Daniel W. Lewis*
Daniel W. Lewis
ALLEN, SHEPHERD, LEWIS & SYRA, P.A.
P.O. Box 94750
Albuquerque, NM 87199-4750
Email: dlewis@allenlawnm.com
*Attorneys for Berkley Regional Insurance Company and*
*Berkley National Insurance Company*


*/s/Approved via email 6/9/16*
Courtenay L. Keller, Esq.
Riley, Shane & Keller, P.A.
3880 Osuna Rd. NE
Albuquerque, NM  87109
Email: ckeller@rsk-law.com
*Attorneys for Berkley Regional Insurance Company and*
*Berkley National Insurance Company*


*Approved via email 6/11/16*
Mark C. Dow
Deborah R. Stambaugh
Bauman, Dow & Stambaugh, P.C.
P.O. Box 30684
Albuquerque, NM  87190-0684
mcd@bdsfirm.com
drs@bdsfirm.com
*Attorneys for SB Oilfield Services and*
*Juan Carlos Gama*


*Approved via email 6/11/16*
David M. Houliston
Law Offices of David M. Houliston
500 Tijeras NW
Albuquerque, NM  87102
david@houlistonlaw.com • •
dmhouliston@gmail.com • •
*Attorneys for Samantha Segura*